IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DICSTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:22CR541 |
| | : | |
| Plaintiff, | : | Judge David A. Ruiz |
| | : | |
| -vs- | : | |
| | : | |
| TIMOTHY SUTTON, | : | **DEFENDANT'S TRIAL BRIEF** |
| | : | |
| Defendant. | : | |
| | : | |

Now comes Defendant, Timothy Sutton, by and through undersigned counsel, and hereby submits the following trial brief in accordance with this Honorable Court's Criminal Trial Order.

**I.      STATEMENT OF THE FACTS**

On or about September 5, 2024, the Defendant, Timothy Sutton was charged in a Superseding Indictment containing: one count of Conspiracy to Commit Mail and Wire Fraud, in violation of Title 18, United States Code, Section 1349; thirteen counts of Wire Fraud, in violation of Title 18, United States Code, Section 1343 and 2; five counts of Mail Fraud, in violation of Title 18, United States Code, Section 1341 and 2; six counts of False Statement Relating to Health Care Matters, in violation of Title 18, United States Code, Section 1035 and 2; and nine counts of Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(1) and 2. On September 13, 2024, the defendant plead not guilty to the charges set forth against him in the Superseding Indictment.

At the time of the alleged crimes, the Defendant was employed as a remote physician by Real Time Physicians. As part of his duties, the Defendant was tasked with reviewing the patients' chart virtually and prescribing shoulder and/or knee braces to those in need. In general, the

1

Defendant received between $25 to $40 per consultation. Most of the braces prescribed were then billed to Medicare. At all times, Defendant firmly believed that he operated within the law. To ensure he was following proper protocols, he even reached to his employer at Real Time Physicians and confirmed that the procedures being applied properly followed the law. However, due to Defendant's employment at Real Time Physicians, he became roped in those allegations of a scam to defraud Medicare and is now facing the above-mentioned charges.

## II.    LEGAL STANDARDS

### A.   TITLE 18, UNITED STATES CODE, SECTION 1349 – CONSPIRACY (COUNT 1)

#### 1.   Statute

> Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

#### 2.   Elements

18 U.S.C. §1349 has the following elements, each of which the Government must prove beyond a reasonable doubt:

1. Two or more persons conspired, or agreed, to commit the crime of Mail Fraud and Wire Fraud;

2. The defendant knew of the conspiracy and its objects, aims, or goals;

3. The defendant joined the conspiracy with the intent that at least one conspirator engage in conduct that satisfied the elements of Mail or Wire Fraud.

### B.   TITLE 18, UNITED STATES CODE, SECTION 1343 AND 2 – WIRE FRAUD (COUNTS 2 – 14)

#### 1.   Statute

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of

2

false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice shall be guilty of Wire Fraud. 18 U.S.C. §1343.

Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal. Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal. 18 U.S.C. §2.

## 2.  **Elements**

18 U.S.C. §1343 has the following elements, each of which the Government must prove beyond a reasonable doubt:

1. The defendant devised a scheme to defraud in order to deprive another of money or property, that is, to defraud Medicare and to obtain money or property;

2. The scheme included a material misrepresentation or concealment of a material fact;

3. The defendant had the intent to defraud; and

4. The defendant used or caused another to use wire, radio or television communications in interstate or foreign commerce in furtherance of the scheme.

18 U.S.C. §2 has the following elements, each of which the Government must prove beyond a reasonable doubt:

1. The crime of Wire Fraud was committed;

2. The defendant helped to commit the crime or encouraged someone else to commit the crime; and

3. The defendant intended to help commit or encourage the crime.

## C. TITLE 18, UNITED STATES CODE, SECTION 1341 – MAIL FRAUD (COUNTS 15 – 19)

### 1. Statute

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing shall be guilty of Mail Fraud.

### 2. Elements

18 U.S.C. §1341 has the following elements, each of which the Government must prove beyond a reasonable doubt:

1. The defendant devised a scheme to defraud in order to deprive another of money or property, that is, to defraud Medicare and to obtain money or property;

2. The scheme included a material misrepresentation or concealment of a material fact;

3. The defendant had the intent to defraud; and

4. The defendant used the mail or caused another to use the mail in furtherance of the scheme

## D. TITLE 18, UNITED STATES CODE, SECTION 1035 – FALSE STATEMENTS IN HEALTH CARE MATTERS (COUNTS 20 – 25)

### 1. Statute

(a) Whoever, in any matter involving a health care benefit program, knowingly and willfully- (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; or (2) makes any materially false, fictitious, or fraudulent statements or representations, or

4

makes or uses any materially false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, in connection with the delivery of or payment for health care benefits, items, or services shall be guilty of False Statement Related to Health Care Matters.

**2.  Elements**

18 U.S.C. §1035 has the following elements, each of which the Government must prove

beyond a reasonable doubt:

1.  The defendant made or used any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry;

2.  The fact, false, fictitious, or fraud statement or representation, or false writing or document was material;

3.  The defendant did so in connection with the delivery of payment for health care benefits, items, or services involving a health care benefit program; and

4.  The defendant did so knowingly and willfully.

**E.  TITLE 18, UNITED STATES CODE, SECTION 1028A(1) – AGGRAVATED IDENTITY THEFT (COUNTS 26 – 34)**

**1.  Statute**

Whoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall be guilty of Aggravated Identity Theft.

**2.  Elements**

18 U.S.C. §1028 has the following elements, each of which the Government must prove

beyond a reasonable doubt:

1.  The defendant committed the felony violation of Wire Fraud, in violation of 18 U.S.C. § 1343, charged in Counts 2-10.

5

2. The defendant knowingly transferred or used a means of identification of another person without lawful authority.

3. The defendant knew the means of identification belonged to another person.

4. The transfer or use was during and in relation to the felony of Wire Fraud, in violation of 18 U.S.C. § 1343, charged in Counts 2-10.

### III. POTENTIAL EVIDENTIARY ISSUES

Rule 802 – The Rule Against Hearsay

The Defendant may seek to introduce statements, namely emails, made by the defendants and others during his employment at Real Time Physicians. Such statements would not be introduced for their truth and therefore would not be hearsay.

Pursuant to Federal Rule of Evidence 801(c), hearsay is an out-of-court statement offered to prove the truth of the matter asserted. As such, an out-of-court statement is not hearsay if (1) it does not contain an assertion, or (2) it is not offered to prove the truth of what it asserts. s*ee United States v. Wright*, 343 F.3d 849, 865 (6th Cir. 2003), and *United States v. Rodriguez-Lopez*, 565 F.3d 312, 314–15 (6th Cir. 2009). Here, because the Defendants' statements will be submitted to provide context for some of his behavior and generally show the impact they had on him, they must be admitted as non-hearsay.

Respectfully Submitted,

/s/ Justin M. Weatherly
BRANDON J. HENDERSON, Esq.
Reg. No. 0075285
JUSTIN M. WEATHERLY, Esq.
Reg. No. 0078343
Henderson & Weatherly Co., L.P.A.
1231 Superior Avenue East
Cleveland, Ohio 44114
(216) 774-0000

6

bh@hmwlawfirm.com
jw@hmwlawfirm.com
Counsel for Defendant Timothy Sutton

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 6th day of March 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic record. Parties may access this filing though the Court's Electronic System.

Michael L. Collyer
Office of the U.S. Attorney – Cleveland
Northern District of Ohio
St. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3744
Fax: 216-522-8355
Michael.collyer@usdoj.gov

/s/ Justin M. Weatherly
BRANDON J. HENDERSON, Esq.
JUSTIN M. WEATHERLY, Esq.
Counsel for Defendant Timothy Sutton